# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM GALE EMERICK

      Plaintiff

  v.

                                                           Civil Action No.  3:23-cv-55

JEFFREY NIESPODZIANY

SOUTH BEND CLINIC LLC

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio.

DATE: 5/16/2023                                CHANDA J. BERTA, CLERK OF COURT

                                                                by   s/A. Highlen _____
                                                                *Signature of Clerk or Deputy Clerk*